IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ELEANOR R. BARTA, f/k/a )
ELEANOR R. BRADLEY, )
 )
      Plaintiff, ) CIVIL ACTION NO.: CV205-077
 )
v. )
 )
BLUE CROSS AND BLUE )
SHIELD OF GEORGIA, INC., )
 )
      Defendant. )

## ORDER

The parties have filed a Joint Motion for Stay (Doc. 7) asserting that they are engaged in settlement negotiations. They state that there is a realistic possibility of resolving this case. The joint motion is **GRANTED** in part. In response to that motion, the Court directs that the parties file the Rule 26(f) report on or before July 5, 2005. When the report is filed, the Court will issue a Scheduling Order.

**SO ORDERED**, this 9th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)