UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -8 A II: 46

CLERK
SO. DIST. OF GA.

ELEANOR R. BARTA f/k/a
ELEANOR R. BRADLEY,

    Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD
OF GEORGIA, INC.

    Defendant.

CIVIL ACTION NO. CV205-077

### ORDER ON PLAINTIFF'S MOTION TO EXTEND THE STAY

Having read and considered the parties' Joint Motion to Stay the above styled action, to enable the parties a sixty (60) day period to fully explore settlement of this matter, the same is hereby **GRANTED** and, until further order of the Court all filing deadlines are suspended. If the parties are unable to resolve this matter within such sixty (60) day period, then the parties shall submit a proposed scheduling order for consideration of the Court.

**SO ORDERED** this 8th day of July, 2005.

Anthony A. Alaimo
~~JAMES E. GRAHAM~~ Judge
UNITED STATES DISTRICT COURT