**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

2005 DEC -5 P 10 18

CLER_ _S. Salviatore_

ELEANOR R. BARTA, f/k/a          )
ELEANOR R. BRADLEY,              )
                                 )
            Plaintiff,           )          CIVIL ACTION NO.: CV205-077
                                 )
      v.                         )
                                 )
BLUE CROSS AND BLUE              )
SHIELD OF GEORGIA, INC.,         )
                                 )
            Defendant.           )

## O R D E R

Plaintiff has filed a Motion to Add Additional Parties.  Defendant has filed no response to the motion, indicating no opposition thereto.  Plaintiff's Motion to Add Parties is **GRANTED**.  Plaintiff is allowed a period of ten (10) days from the date of this Order to file her amended complaint adding additional parties.

**SO ORDERED**, this ____5____ day of December, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)