# United States District Court

## *Southern District of Georgia*

Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 17  P 12: 02

CLERK _____ 
S.    OF GA.

ELEANOR R. BARTA, FORMERLY KNOWN
AS ELEANOR R. BRADLEY

\*

\*    CASE NUMBER    CV 205-77

VS

\*

BLUE CROSS AND BLUE SHIELD OF
GEORGIA, INC.; PUBLIX SUPER
MARKETS, INC. AND HMO GEORGIA, INC.

\*

\*

\*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has

been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the

right, upon good cause shown within sixty (60) days, to reopen the action for the sole

purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by

United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___/7*th*___ day of _____January_____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA